| | |
|---|---|
| John W. Lucas (CA Bar No. 271038) | Randy Nussbaum (AZ Bar No. 6417) |
| Jason H. Rosell (CA Bar No. 269126) | Dean M. Dinner (AZ Bar No. 10216) |
| PACHULSKI STANG ZIEHL & JONES LLP | John Parzych (AZ Bar No. 26079) |
| 150 California Street, 15th Floor | Nussbaum Gillis & Dinner, P.C. |
| San Francisco, CA 94111 | 14850 N. Scottsdale Road, Suite 450 |
| Telephone: (415) 263-7000 | Scottsdale, AZ 85254 |
| Facsimile: (415) 263-7010 | Telephone: (480) 609-0011 |
| E-mail: jlucas@pszjlaw.com | Facsimile: (480) 609-0016 |
| jrosell@pszjlaw.com | Email: rnussbaum@ngdlaw.com |
| | ddinner@ngdlaw.com |
| | jparzych@ngdlaw.com |

Proposed Counsel for
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | |
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-09178-PS |
| Debtors. | Chapter 11 |
| Joint Administration Pending With: | Joint Administration Pending With Case Nos.: |
| Z'Tejas 6th Street, LLC | 2:15-bk-09180-EPB |
| Z'Tejas Avery Ranch, LLC | 2:15-bk-09184-BKM |
| Z'Tejas Bellevue, LLC | 2:15-bk-09188-DPC |
| Z'Tejas Bethany Home LLC | 2:15-bk-09193-DPC |
| Z'Tejas Chandler, LLC | 2:15-bk-09194-BMW |
| Z'Tejas Costa Mesa, LLC | 2:15-bk-09195-MCW |
| Z'Tejas GP, LLC | 2:15-bk-09198-MCW |
| Z'Tejas Grill Gateway, L.L.C. | 2:15-bk-09200-EPB |
| Z'Tejas Holdings, Inc. | 2:15-bk-09201-EPB |
| Z'Tejas, Inc. | 2:15-bk-09203-PS |
| Z'Tejas La Cantera, LLC | 2:15-bk-09205-BKM |
| Z'Tejas LP, LLC | 2:15-bk-09207-MCW |
| Z'Tejas of Arboretum, LLC | 2:15-bk-09208-PS |
| Z'Tejas Restaurant Holdings, LP | 2:15-bk-09210-DPC |
| Z'Tejas Salt Lake City, LLC | 2:15-bk-09212-GBN |
| Z'Tejas Summerlin, LLC | 2:15-bk-09213-PS |
| Z'Tejas Tempe, LLC | 2:15-bk-09214-BKM |
| Taco Guild Osborn LLC | 2:15-bk-09215-MCW |
| This Pleading applies to: | |
| ☑ All Debtors | **EMERGENCY MOTION FOR ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION, (2) TRANSFERRING ASSIGNMENT OF CASES TO SAME JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |
| ☐ Specified Debtors | |

Z'Tejas Scottsdale, LLC, et al., the debtors and debtors in possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**"), file this Motion asking that the Court enter an order authorizing and directing: (1) joint administration of the above-captioned Bankruptcy Cases, (2) transferring the assignment of the Bankruptcy Cases to be jointly administered if those cases are not all assigned to the same judge, and (3) the use of a consolidated caption. As discussed below, joint administration of the Bankruptcy Cases is appropriate because, among other things, (i) the Debtors are "affiliates" as that term is defined in Bankruptcy Code § 101(2), and (ii) joint administration of the Bankruptcy Cases will save considerable time and expense because it will, among other things, obviate the need for duplicative notices, applications, motions, and orders.

> The relief requested in this Motion would authorize the Debtors to jointly administer the Bankruptcy Cases, transferring the assignment of the Bankruptcy Cases to the same Judge, and use a consolidated caption. The basis for the relief requested in this Motion is set forth in the following memorandum of law.

This Motion is further supported by following Memorandum of Points and Authorities and the entire record before the Court in these Bankruptcy Cases.

Dated: July 22, 2015            NUSSBAUM GILLIS & DINNER, P.C.

By:/s/ Randy Nussbaum
Randy Nussbaum
Dean Dinner
John Parzych
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ 85254
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
Email: rnussbaum@ngdlaw.com
ddinner@ngdlaw.com
jparzych@ngdlaw.com

and

John W. Lucas
Jason H. Rosell
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jlucas@pszjlaw.com
jrosell@pszjlaw.com

Proposed Counsel for Debtors and Debtors in Possession

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. PROCEDURAL BACKGROUND.

On date hereof (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the Bankruptcy Cases. The Debtors continue to operate their businesses and manage their assets as debtors in possession in accordance with Bankruptcy Code §§ 1107 and 1108. The Court has jurisdiction over the Bankruptcy Cases under 28 U.S.C. §§ 157 and 1334. This matter presents a core proceeding under 28 U.S.C. § 157(b)(2). No trustee or examiner has been appointed in the Bankruptcy Cases, nor has an official committee of unsecured creditors been established.

The Debtors' principal place of business is located in Maricopa County, Arizona. Accordingly, venue of the Bankruptcy Cases is proper in the District of Arizona under 28 U.S.C. §§ 1408 and 1409.

The basis for the relief requested in this Motion are Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015-1(b) of the Local Rules of Bankruptcy Procedure for the District of Arizona (the "**Local Rules**").

The Debtors are "affiliates" as that term is defined in Bankruptcy Code § 101(2).

## II. FACTUAL BACKGROUND

As of the Petition Date, the Debtors operate nine (9) full-service restaurants known as "Z'Tejas" and "Z'Tejas Southwestern Grill" ("**Z'Tejas**") in Arizona, Texas, and California. The company was founded in 1989 and is currently based in Scottsdale, Arizona. Z'Tejas was born in an old Victorian house on Austin's historic 6th Street. Taking flavors from Spanish and Mexican cuisines and combining them with inspirations from Arizona, Louisiana, California, New Mexico and Texas, Z'Tejas created a rich blend of flavors that it has come to celebrate as Southwestern cuisine. In 1991, Z'Tejas opened its second location in Scottsdale, Arizona and today has nine restaurants in the Southwest United States. The Z'Tejas restaurant was designed to provide a comfortable and unique place to escape from the stress of everyday life, to relax and enjoy a fun, casual dining experience. In addition, the Debtors also operate a separate dining concept known as

1

DOCS_LA:288568.1
Case 2:15-bk-09178-PS    Doc 4    Filed 07/22/15    Entered 07/22/15 21:00:42    Desc
Main Document    Page 3 of 12

"Taco Guild." Taco Guild is a gastropub that uses farm fresh ingredients mixed with old and new world flavors to create a taste and atmosphere that stem dates back to old Western Europe.

In the years and months leading up to the Petition Date, the Debtors' overleveraged balance sheet and competitive industry has had and continues to have an adverse impact on the Debtors' financial performance. In addition, consumers' discretionary spending has dropped significantly leading to reduced consumer traffic and sales. Within the restaurant industry, the mid-scale sector suffered sale declines, which sector encompasses the Debtors' restaurant business.

In late 2014, as the Debtors' liquidity position continued to deteriorate, the Debtors struggled to meet their debt service obligations under their prepetition credit agreements, which resulted in defaults under the Debtors' financing facilities. Over the last six months, the Debtors have explored available restructuring alternatives as part of their overall turnaround efforts. These efforts have included various operational initiatives designed to increase operating performance and attempts to locate a strategic partner to invest additional money into the Debtors or acquire the Debtors' business operations as a going concern. After months of careful review the Debtors have determined that the sale of their business through a bankruptcy court supervised auction process is the best way to preserve the jobs of their employees and maximize value for stakeholders. The Debtors have identified a stalking horse bidder and seeking authorization to implement sale procedures as soon as practicable.

Additional factual background regarding the Debtors, including their current and historical business operations and the events precipitating their chapter 11 filings, is set forth in detail in the *Declaration of Steven Micheletti in Support of Emergency First Day Motions (*the "**Micheletti Declaration**"*)* filed contemporaneously with this Motion and incorporated herein by reference.

### III. LEGAL ARGUMENT.

By this Motion, the Debtors seek entry of an order authorizing and directing:

(1) joint administration of the Debtors' Chapter 11 Bankruptcy Cases, (2) transferring the assignment of the cases to be jointly administered if those cases are not all assigned to the same judge, and (3) the use of a consolidated caption. Bankruptcy Rule 1015(b) provides, in part, that if

"two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).

The Debtors in the above-captioned Bankruptcy Cases are "affiliates" as that term is defined in 11 U.S.C. § 101(2), because each is directly or indirectly owned by an entity that owns 20 percent or more of the outstanding voting securities of the other. *See* First Day Declaration. Accordingly, this Court is authorized to grant the relief requested in this Motion. Entry of an order directing joint administration of these Bankruptcy Cases will obviate the need for duplicative notices, applications, motions, and orders, and save considerable time and expense for the Court, the Debtors and their estates, and other parties-in-interest. Moreover, the requested relief will not adversely affect parties' rights, as the Motion requests administrative, and not substantive, consolidation of the Debtors' estates. In fact, the reduced costs that will result from the joint administration of these Bankruptcy Cases will inure to the benefit of all of the Debtors' stakeholders. Therefore, joint administration, a transfer of assignment of these Bankruptcy Cases to be heard before the same judge, and the use of a consolidated caption are warranted and will ease the administrative burden on the Court and on the parties.

The Debtors further request that one docket be maintained for all cases, in the docket for the lowest numbered case.

Finally, except as set forth below, the Debtors request that the following form of consolidated caption be utilized for all pleadings and orders in these cases notwithstanding any requirement set forth in section 342(c)(1) of the Bankruptcy Code, and in Bankruptcy Rules 1005 and 2002(n):

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | |
|---|---|
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-_____ |
| Debtors. | Chapter 11 |
| Joint Administration Pending With: | Joint Administration Pending With Case Nos.: |
| Z'Tejas 6th Street, LLC<br>Z'Tejas Avery Ranch, LLC<br>Z'Tejas Bellevue, LLC<br>Z'Tejas Bethany Home LLC<br>Z'Tejas Chandler, LLC<br>Z'Tejas Costa Mesa, LLC<br>Z'Tejas GP, LLC<br>Z'Tejas Grill Gateway, L.L.C.<br>Z'Tejas Holdings, Inc.<br>Z'Tejas, Inc.<br>Z'Tejas La Cantera, LLC<br>Z'Tejas LP, LLC<br>Z'Tejas of Arboretum, LLC<br>Z'Tejas Restaurant Holdings, LP<br>Z'Tejas Salt Lake City, LLC<br>Z'Tejas Summerlin, LLC<br>Z'Tejas Tempe, LLC<br>Taco Guild Osborn LLC | 2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____ |
| This Pleading applies to:<br>☑ All Debtors<br>☐ Specified Debtors | |

Joint administration of these Bankruptcy Cases will not result in any prejudice to the Debtors' creditors or other parties-in-interest. In fact, joint administration is in the best interest of the Debtors' bankruptcy estates because issues common to all Debtors will be addressed in a single forum and by a single judge, without the need for unnecessary duplication of effort on the part of the Court, the Debtors, the United States Trustee, creditors or other parties-in-interest. Joint administration will facilitate the administration process, as well as ease the burden and expense of administering the Debtors' estates.

Based on the foregoing, the Debtors submit that the relief requested herein is necessary, appropriate and in the best interest of their estates, creditors, and other parties-in-interest and therefore should be granted.

1    Notice of this Motion has been given to the (i) Office of the United States Trustee, (ii) the
2    parties listed as the twenty (20) largest unsecured creditors of each of the Debtors, (iii) counsel to the
3    Debtors' prepetition lenders and proposed postpetition lender, (iv) the Internal Revenue Service, and
4    (v) any party that has requested notice pursuant to Bankruptcy Rule 2002. Because of the nature of
5    the relief requested in this Motion, the Debtors submit that no further notice need be given.

## IV. CONCLUSION.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other relief as is just and proper. A proposed form of order is attached hereto as **Exhibit A**.

Dated:   July 22, 2015                          NUSSBAUM GILLIS & DINNER, P.C.

By: */s/ Randy Nussbaum*
    Randy Nussbaum
    Den Dinner
    John Parzych
    Nussbaum Gillis & Dinner, P.C.
    14850 N. Scottsdale Road, Suite 450
    Scottsdale, AZ 85254
    Telephone: (480) 609-0011
    Facsimile:  (480) 609-0016
    Email:  rnussbaum@ngdlaw.com
            ddinner@ngdlaw.com
            jparzych@ngdlaw.com

    and

    John W. Lucas
    Jason H. Rosell
    PACHULSKI STANG ZIEHL & JONES LLP
    150 California Street, 15th Floor
    San Francisco, CA 94111
    Telephone: (415) 263-7000
    Facsimile:  (415) 263-7010
    E-mail:     jlucas@pszjlaw.com
                jrosell@pszjlaw.com

    Proposed Counsel for
    Debtors and Debtors in Possession

# Exhibit A

**Proposed Order**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | |
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-_____ |
| Debtors. | Chapter 11 |
| Joint Administration Pending With:<br>Z'Tejas 6th Street, LLC<br>Z'Tejas Avery Ranch, LLC<br>Z'Tejas Bellevue, LLC<br>Z'Tejas Bethany Home LLC<br>Z'Tejas Chandler, LLC<br>Z'Tejas Costa Mesa, LLC<br>Z'Tejas GP, LLC<br>Z'Tejas Grill Gateway, L.L.C.<br>Z'Tejas Holdings, Inc.<br>Z'Tejas, Inc.<br>Z'Tejas La Cantera, LLC<br>Z'Tejas LP, LLC<br>Z'Tejas of Arboretum, LLC<br>Z'Tejas Restaurant Holdings, LP<br>Z'Tejas Salt Lake City, LLC<br>Z'Tejas Summerlin, LLC<br>Z'Tejas Tempe, LLC<br>Taco Guild Osborn LLC | Joint Administration Pending With Case Nos.:<br><br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____<br>2:15-bk-_____ |
| This Pleading applies to:<br><br>☑ All Debtors<br>☐ Specified Debtors | **ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION, (2) TRANSFERRING ASSIGNMENT OF CASES TO SAME JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

1   This matter came before the Court on the Motion for Order Authorizing and Directing (1) Joint Administration, (2) Transferring Assignment of Cases to Same Judge, and (3) Use of a Consolidated Caption (the "**Motion**") filed by Z'Tejas Holdings, Inc., et al., the debtors and debtors in possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**").

Pursuant to the Motion, Bankruptcy Code § 105(a) and Federal Rule of Bankruptcy Procedure 1015(b), the Debtors asked this Court for an order authorizing and directing: (1) joint administration of the above-captioned bankruptcy proceedings, (2) transferring the assignment of the Bankruptcy Cases to be jointly administered if those cases are not all assigned to the same judge, and (3) use of a consolidated caption.

Based on the Motion and the entire record before the Court in these Bankruptcy Cases, the COURT FINDS AND CONCLUDES as follows:

A.  On July 22, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "**Bankruptcy Code**").

B.  Since the commencement of their Bankruptcy Cases, the Debtors continue to operate their businesses and manage their assets as debtors and debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

C.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

D.  The Debtors in the above-captioned Bankruptcy Cases are affiliates as that term is defined in 11 U.S.C. § 101(2).

E.  The Debtors and their Bankruptcy Cases are sufficiently related such that joint administration of the cases for procedural purposes appears to be in the best interests of the Debtors and their respective estates. Accordingly, based on all of the foregoing and good cause appearing therefore,

1

**IT IS HEREBY ORDERED THAT**:

1. The Motion is hereby granted in its entirety;

2. The Debtors' Bankruptcy Cases are hereby administratively consolidated for procedural purposes. One docket will be maintained for all cases, which docket shall be the docket for Case No. 2:15-bk-_____.

3. The Debtors' Bankruptcy Cases shall be transferred and assigned to facilitate the joint administration of these cases before the same judge.

4. The following form of consolidated caption shall be used for all future pleadings, papers and other documents filed in the Debtors' Bankruptcy Cases:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | |
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-_____ |
| Debtors. | Chapter 11 |
| Joint Administration Pending With: | Joint Administration Pending With Case Nos.: |
| Z'Tejas 6th Street, LLC | 2:15-bk-_____ |
| Z'Tejas Avery Ranch, LLC | 2:15-bk-_____ |
| Z'Tejas Bellevue, LLC | 2:15-bk-_____ |
| Z'Tejas Bethany Home LLC | 2:15-bk-_____ |
| Z'Tejas Chandler, LLC | 2:15-bk-_____ |
| Z'Tejas Costa Mesa, LLC | 2:15-bk-_____ |
| Z'Tejas GP, LLC | 2:15-bk-_____ |
| Z'Tejas Grill Gateway, L.L.C. | 2:15-bk-_____ |
| Z'Tejas Holdings, Inc. | 2:15-bk-_____ |
| Z'Tejas, Inc. | 2:15-bk-_____ |
| Z'Tejas La Cantera, LLC | 2:15-bk-_____ |
| Z'Tejas LP, LLC | 2:15-bk-_____ |
| Z'Tejas of Arboretum, LLC | 2:15-bk-_____ |
| Z'Tejas Restaurant Holdings, LP | 2:15-bk-_____ |
| Z'Tejas Salt Lake City, LLC | 2:15-bk-_____ |
| Z'Tejas Summerlin, LLC | 2:15-bk-_____ |
| Z'Tejas Tempe, LLC | 2:15-bk-_____ |
| Taco Guild Osborn LLC | 2:15-bk-_____ |
| This Pleading applies to:<br>☒ All Debtors<br>☐ Specified Debtors | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

5. The Debtors shall file a consolidated creditor matrix.

6. The requirements under Bankruptcy Code section 342(c)(1), and Bankruptcy Rules 1005 and 2002(n) are waived.

**\*DATED AND SIGNED AS INDICATED ABOVE\***