1  John W. Lucas (CA Bar No. 271038)
   Jason H. Rosell (CA Bar No. 269126)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone: (415) 263-7000
4  Facsimile:  (415) 263-7010
   E-mail:   jlucas@pszjlaw.com
5            jrosell@pszjlaw.com

6  Randy Nussbaum (AZ Bar No. 6417)
   Dean M. Dinner (AZ Bar No. 10216)
7  John Parzych (AZ Bar No. (26079)
   Nussbaum Gillis & Dinner, P.C.
8  14850 N. Scottsdale Road, Suite 450
   Scottsdale, AZ 85254
9  Telephone: (480) 609-0011
   Facsimile: (480) 609-0016
10 Email: rnussbaum@ngdlaw.com
          ddinner@ngdlaw.com
11        jparzych@ngdlaw.com

12 Proposed Counsel for
   Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | |
|---|---|
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-09178-PS |
| Debtors. | Chapter 11 |
| Joint Administration Pending With: | Joint Administration With Case Nos.: |
| Z'Tejas 6th Street, LLC | 2:15-bk-09180-PS |
| Z'Tejas Avery Ranch, LLC | 2:15-bk-09184-PS |
| Z'Tejas Bellevue, LLC | 2:15-bk-09188-PS |
| Z'Tejas Bethany Home LLC | 2:15-bk-09193-PS |
| Z'Tejas Chandler, LLC | 2:15-bk-09194-PS |
| Z'Tejas Costa Mesa, LLC | 2:15-bk-09195-PS |
| Z'Tejas GP, LLC | 2:15-bk-09198-PS |
| Z'Tejas Grill Gateway, L.L.C. | 2:15-bk-09200-PS |
| Z'Tejas Holdings, Inc. | 2:15-bk-09201-PS |
| Z'Tejas, Inc. | 2:15-bk-09203-PS |
| Z'Tejas La Cantera, LLC | 2:15-bk-09205-PS |
| Z'Tejas LP, LLC | 2:15-bk-09207-PS |
| Z'Tejas of Arboretum, LLC | 2:15-bk-09208-PS |
| Z'Tejas Restaurant Holdings, LP | 2:15-bk-09210-PS |
| Z'Tejas Salt Lake City, LLC | 2:15-bk-09212-PS |
| Z'Tejas Summerlin, LLC | 2:15-bk-09213-PS |
| Z'Tejas Tempe, LLC | 2:15-bk-09214-PS |
| Taco Guild Osborn LLC | 2:15-bk-09215-PS |

| | |
|---|---|
| This Pleading applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | **INTERIM ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS UNDER 11 U.S.C. § 366 DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND ESTABLISHING DETERMINATION AND OBJECTION PROCEDURES** |

This matter came before the Court on the *Emergency Motion for Entry of Interim and Final Orders Under 11 U.S.C. § 366 Determining Adequate Assurance of Payment for Future Utility Services and Establishing Determination and Objection Procedures* [Docket No. 8] (the "**Motion**")[1] filed by the above-captioned debtors and debtors in possession (the "**Debtors**"), and on the *First Day Declaration* [Docket No. 3]; and it appearing that the relief requested is in the best interest of the Debtors' estates, their creditors and all other parties in interest; and it appearing that due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested in the Motion under 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested in the Motion being a core proceeding under to 28 U.S.C. § 157(b); and venue being proper in this District under 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein on an interim basis.

2. The Debtors are in compliance with 11 U.S.C. § 366.

3. The Utility Companies have been provided with adequate assurance of payment.

4. Any Utility Company that is not satisfied with the assurance of future payment provided by the Debtors is required to serve a timely, complying Request (in accordance with Motion) on the Debtors c/o Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, Attn: John W. Lucas).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5. The Debtors are required to deposit into a segregated bank account for the benefit of each of the Utility Companies that requests adequate assurance of payment a cash deposit equal to approximately one-half of the Debtors' estimated average postpetition monthly cost provided to the Debtors by each Utility Company, less the amount of any deposit a Utility Company already has on hand.

6. A Utility Company that receives a Utility Deposit is deemed to have received adequate assurance of payment within the meaning of 11 U.S.C. § 366.

7. Any Utility Company that fails to make a timely, complying Request (*i.e.*, on or before August 12, 2015, is deemed to be satisfied that it has received adequate assurance of payment to such Utility Company within the meaning of 11 U.S.C. § 366.

8. All Utility Companies are prohibited from altering, refusing or discontinuing utility services to the Debtors or recovering or setting off against a prepetition deposit absent further order of the Court.

9. The Debtors shall provide notice of entry of this Order and the final to (i) each of the Utility Companies, (ii) *Consolidated List of Creditors Holding the 20 Largest Unsecured Claims* filed pursuant to Bankruptcy Rule 1007(d) or counsel for any statutory committee appointed under § 1102, (iii) counsel to the Debtors' prepetition senior secured lenders, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704, Attn: Carl P. Marcellino; (iv) counsel to the DIP Lender, Perkins Coie LLP, 2901 North Central Avenue, Suite 2000, Phoenix, AZ 85012-2788, Attn: Jordan Kroop; and (v) any other party requesting notice in these cases.

10. A final hearing on the Motion shall be held on August 19, 2015 at 9:00 a.m. prevailing Arizona Time before this Court. Any party in interest may file an objection (an "**Objection**") to the relief sought in the Motion on or before August 12, 2015 at 4:00 p.m. (Arizona Time) (the "**Objection Deadline**"); *provided*, *however*, that such party shall file and serve written objections upon (i) Debtors' counsel, John W. Lucas, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111; (ii) counsel to the Debtors' prepetition senior secured lenders, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704, Attn: Carl P. Marcellino; (iii) counsel to the DIP Lender, Perkins Coie LLP, 2901 North Central

Avenue, Suite 2000, Phoenix, AZ 85012-2788, Attn: Jordan Kroop (iv) the Office of the United States Trustee for the District of Arizona, 230 N. First Avenue, Suite 204, Phoenix, AZ 85003; (v) the entities listed on the Debtors' *Consolidated List of Creditors Holding the 20 Largest Unsecured Claims* filed pursuant to Bankruptcy Rule 1007(d) or counsel for any statutory committee appointed under § 1102; and (vi) each of the Utility Companies. Such Objection shall be filed with the Clerk of the United States Bankruptcy Court, District of Arizona to allow actual receipt by the foregoing no later than at noon prevailing Arizona Time on the Objection Deadline. The Debtors may file a reply to objections or response on or before August 17, 2015 at 4:00 p.m.

**\*DATED AND SIGNED AS INDICATED ABOVE\***