**ORDERED.**

**Dated: July 28, 2015**

*Paul Sala, Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | |
|---|---|
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-09178-PS |
| Debtors. | Chapter 11 |
| Joint Administration Pending With: | Joint Administration Pending With Case Nos.: |
| Z'Tejas Holdings, Inc. | 2:15-bk-09180-EPB |
| Z'Tejas, Inc. | 2:15-bk-09184-BKM |
| Z'Tejas GP, LLC | 2:15-bk-09188-DPC |
| Z'Tejas LP, LLC | 2:15-bk-09193-DPC |
| Z'Tejas Restaurant Holdings, LP | 2:15-bk-09194-BMW |
| Z'Tejas 6th Street, LLC | 2:15-bk-09195-MCW |
| Z'Tejas of Arboretum, LLC | 2:15-bk-09198-MCW |
| Z'Tejas Grill Gateway, L.L.C. | 2:15-bk-09200-EPB |
| Z'Tejas Summerlin, LLC | 2:15-bk-09201-EPB |
| Z'Tejas Tempe, LLC | 2:15-bk-09203-PS |
| Z'Tejas Chandler, LLC | 2:15-bk-09205-BKM |
| Z'Tejas Bellevue, LLC | 2:15-bk-09207-MCW |
| Z'Tejas Costa Mesa, LLC | 2:15-bk-09208-PS |
| Z'Tejas Salt Lake City, LLC | 2:15-bk-09210-DPC |
| Z'Tejas Avery Ranch, LLC | 2:15-bk-09212-GBN |
| Z'Tejas La Cantera, LLC | 2:15-bk-09213-PS |
| Z'Tejas Bethany Home LLC | 2:15-bk-09214-BKM |
| Taco Guild Osborn LLC | 2:15-bk-09215-MCW |
| This Pleading applies to:<br>☑ All Debtors<br>☐ Specified Debtors | **ORDER APPROVING APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 327(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL** |

1243270/17455-1

This matter came before the Court on the *Emergency Application for Entry of an Order Under 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel* [Docket No. 47] (the "**Application**")[1] filed by the above-captioned debtors and debtors in possession (the "**Debtors**"). In the Application, the Debtors request entry of an order under 11 U.S.C. § 327(a) authorizing the employment and retention of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), as general bankruptcy counsel for the Debtors. The Application is supported by the *Verified Statement of John W. Lucas in Support of Emergency Application for Entry of an Order Under 11 U.S.C. §327(a) Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel* (the "**Lucas Statement**"), attached to the Application as Exhibit A.

Having reviewed the Application and the Lucas Statement, this Court finds and concludes that: (i) it has jurisdiction over the matters raised in the Application under 28 U.S.C. §§ 157 and 1334; (ii) venue of this matter is proper under 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding under 28 U.S.C. § 157(b)(2); (iv) the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; (v) adequate and proper notice of the Application and the hearing on it has been given under the circumstances; and (vi) good and sufficient cause exists for granting the relief requested in the Application. In light of the foregoing:

**IT IS HEREBY ORDERED THAT**:

The Application is **GRANTED**.

Under 327(a) of the Bankruptcy Code, the Debtors, as debtors in possession, are authorized to retain and employ PSZJ as their counsel effective as of the Petition Date, to perform the services described in the Application.

PSZJ shall take all necessary precautions to ensure that there is no duplication of services with the Debtor's co-counsel in these cases.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

1243270/17455-1

PSZJ will be compensated in accordance with the procedures set forth in the Application, and in accordance with sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Rules, and Orders of this Court.

The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Application.

All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*DATED AND SIGNED AS INDICATED ABOVE\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA