ILENE J. LASHINSKY (#003073)
United States Trustee

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 North First Avenue, #204
Phoenix, Arizona  85003-1706
(602) 682-2600 (phone)
(602) 514-7270 (fax)
E-mail: Christopher.J.Pattock@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | |
| | Case No. 2:15-bk-09178-PS |
| Z'TEJAS SCOTTSDALE, LLC, et al., | |
| | Chapter 11 |
| Debtor. | |
| | Joint Administration With Case Nos.: |
| Joint Administration Pending With: | |

Z'TEJAS 6th STREET, LLCC
Z'TEJAS AVERY RANCH, LLC
Z'TEJAS BELLEVUE, LLC
Z'TEJAS BETHANY HOME LLC
Z'TEJAS CHANDLER, LLC
Z'TEJAS COSTA MESA, LLC
Z'TEJAS GP, LLC
Z'TEJAS GRILL GATEWAY, L.L.C.
Z'TEJAS HOLDINGS, INC.
Z'TEJAS, INC.
Z'TEJAS LA CANTERA, LLC
Z'TEJAS LP, LLC
Z'TEJAS OF ARBORETUM, LLC
Z'TEJAS RESTAURANT HOLDINGS, LP
Z'TEJAS SALT AKE CITY, LLC
Z'TEJAS SUMMERLIN, LLC
Z'TEJAS TEMPE, LLC
TACO GUILD OSBORN, LLC

2:15-bk-09180-PS
2:15-bk-09184-PS
2:15-bk-09188-PS
2:15-bk-09193-PS
2:15-bk-09194-PS
2:15-bk-09195-PS
2:15-bk-09198-PS
2:15-bk-09200-PS
2:15-bk-09201-PS
2:15-bk-09203-PS
2:15-bk-09205-PS
2:15-bk-09207-PS
2:15-bk-09208-PS
2:15-bk-09210-PS
2:15-bk-09212-PS
2:15-bk-09213-PS
2:15-bk-09214-PS
2:15-bk-09215-PS

APPOINTMENT OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

This Pleading applies to:

■    All Debtors
☐    Specified Debtors

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned jointly administered debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

1.    FARMERS INSURANCE COMPANY
Larry Little
2420 W. Ray Rd., #2
Chandler, AZ 85224
Phone: 480-966-9449
Fax: 480-967-6829
Email: larry@littleinc.com

2.    MERSCHMAN LEGAL GROUP, PLLC
Kurt D. Merschman
6750 E. Camelback Rd., Suite 100
Scottsdale, AZ 85251
Phone: 480-682-3922
Fax: 480-385-2757
Email: kurt@merschmanlegalgroup.com

3.    THE WASSERSTROM COMPANY
Daniel J. Miller
427 S. Front Street
Columbus OH 43215
Phone: 614-737-8109
Fax: 614-737-3023
Email: danmiller@wasserstrom.com

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated:  August 3, 2015               /s/ CJP (#009797)
CHRISTOPHER J. PATTOCK
Trial Attorney