# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Z'TEJAS SCOTTSDALE, LLC | | |
| **Case Number:** | 2:15-BK-09178-PS | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 19, 2015 09:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matters:

1) FINAL HEARING ON DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING POSTPETITION SECURED FINANCING; (B) AUTHORIZING US OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION; AND (D) GRANTING RELATED RELIEF
**R / M #:**   0 / 0

2) FINAL HEARING ON DEBTOR'S MOTION FOR ORDERS (A) AUTHORIZING MAINTENANCE AND USE OF DEBTORS' EXISTING BANK ACCOUNTS, CASH MANAGEMENT SYSTEM, AND BUSINESS FORMS; AND (B) WAIVING INVESTMENT AND DEPOSIT REQUIREMENTS
**R / M #:**   0 / 0

3) CONTINUED HEARING ON DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND ESTABLISHING DETERMINATION AND OBJECTION PROCEDURES
**R / M #:**   8 / 0

4) CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTORS TO REMIT AND PAY CERTAIN PREPETITION SALES AND USE TAXES
**R / M #:**   9 / 0

5) FINAL HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTORS TO HONOR AND CONTINUE CERTAIN PREPETITION CUSTOMER PROGRAMS
**R / M #:**   10 / 0

6) HEARING IN RE:  DEBTOR'S MOTION REQUESTING (A) THE SCHEDULING OF AN AUCTION AND SALE HEARING IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (B) APPROVAL OF BIDDING PROCEDURES AND PROTECTIONS FOR SUCH ASSETS, (C) APPROVAL OF PURCHASE AGREEMENT WITH STALKING HORSE BIDDER; (D) APPROVAL OF THE AUCTION AND SALE HEARING; (E) APPROVAL OF PROCEDURES FOR THE ASSUMPTION, ASSIGNMENT AND SALE OF CONTRACTS AND LEASES TO THE PURCHASER; (F) APPROVAL OF THE SALE OF THE DEBTORS' ASSETS TO THE PURCHASER
**R / M #:**   13 / 0

7) DEBTOR'S MOTION TO REJECT /MOTION FOR ORDER PURSUANT TO SECTIONS 365(A) AND 554(A) OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO REJECT UNEXPIRED LEASES AND ABANDON ANY PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES
**R / M #:**   60 / 0

8) APPLICATION TO EMPLOY /APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MASTODON VENTURES, INC. AS INVESTMENT BANKER AND FINANCIAL ADVISOR PURSUANT TO 11 U.S.C. SECS. 327 AND 328 FILED BY DEAN M. DINNER OF NUSSBAUM GILLIS & DINNER, P.C. ON BEHALF OF Z'TEJAS SCOTTSDALE, LLC.
**R / M #:**   80 / 0

Case 2:15-bk-09178-PS    Doc 124    Filed 08/19/15    Entered 08/21/15 13:07:50    Desc
Main Document    Page 1 of 7

# Minute Entry

(continue)...    2:15-BK-09178-PS          WEDNESDAY, AUGUST 19, 2015 09:00 AM

*Appearances:*

    RANDY NUSSBAUM, ATTORNEY FOR Z'TEJAS SCOTTSDALE, LLC
    ROBERT MICHAEL HERSCH, ATTORNEY FOR DEBTOR (T)
    JOHN W LUCAS/JASON ROSELL, ATTORNEYS FOR DEBTOR
    JORDAN A KROOP, ATTORNEY FOR CORNBREAD VENTURES, LP,
    RICHARD C. COLE, ATTORNEY FOR GRAND AVENUE PRODUCE CO., INC.
    CHRISTOPHER J PATTOCK, ATTORNEY FOR U.S. TRUSTEE
    TOM AXELSEN, ATTORNEY FOR PAVILION HOLDINGS
    JAMES KNELLER, ATTORNEY FOR APS
    BRIAN SPECTOR, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
    ALAN MEDA, ATTORNEY FOR BETHANY CORE, INC.
    JESSICA SIMON, ATTORNEY FOR THE MECERICH COMPANY

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:15-BK-09178-PS        WEDNESDAY, AUGUST 19, 2015 09:00 AM

### *Proceedings:*

ITEM #3

Mr. Lucas reviewed the terms of the agreement reached by the parties.

Mr. Kneller agreed, adding that the debtor has agreed to payment within five days.

Mr. Lucas agreed.

COURT:  THE ORDER WILL BE APPROVED WHEN SUBMITTED.

ITEM #7

Mr. Lucas urged his motion, stating that the debtor is seeking rejection effective August 31, 2015.

Mr. Spector had no objection.

COURT:  THE COURT WILL APPROVE THE ORDER WHEN SUBMITTED.

ITEM #2

Mr. Lucas indicated that he has discussed this matter with the creditors committee and made a proffer in support of the motion.

Mr. Spector responded.

COURT:  IT IS ORDERED GRANTING THE MOTION.  MR. LUCAS MAY SUBMIT A FORM OF ORDER.

ITEM #4

Me. Lucas urged his motion.

Mr. Spector stated asked for a proffer regarding other trust claims.

Mr. Lucas responded. citing case law in support of his position.

Mr. Spector noted that he needs time to think further about one issue.

Mr. Cole stated that he didn't know why the Court needs to make a decision today.  He recommended that the Court defer ruling on this matter.

Case 2:15-bk-09178-PS    Doc 124   Filed 08/19/15    Entered 08/21/15 13:07:50    Desc
Main Document    Page 3 of 7

08/21/2015  1:07:39PM

# Minute Entry

(continue)... 2:15-BK-09178-PS          WEDNESDAY, AUGUST 19, 2015 09:00 AM

Mr. Lucas indicated that if the Court does not rule today or very soon, the debtor will be penalized.

COURT: ON THIS RECORD, THE COURT DOES NOT HAVE A SUFFICIENT LEGAL BASIS TO APPROVE THE PREPETITION SALES TAXES.

Mr. Lucas suggested that he be allowed to file something that would make the Court more comfortable and asked that the hearing be continued.

ITEM #1

Mr. Lucas addressed the DIP financing issue.

Mr. Axelsen explained his objection, stating that there may not be a successful sale which would harm his client. He stated that he has asked for adequate protection. Mr. Axelsen stated that he strongly objected to the request for financing.

Mr. Meda explained his position.

Mr. Lucas responded to the objections.

Mr. Kroop made clarifications regarding the issues, stating that by adding a few more words that Mr. Axelsen's concerns should be satisfied.

The Court recessed to allow the parties time to confer.

Mr. Lucas reviewed the terms of the agreement reached by the parties.

Mr. Axelsen recited language to be included in the agreement. He stated that this satisfies his concerns.

Mr. Meda again explained his position.

Mr. Spector suggested that the September 25, 2915 deadline be extended to November 3, 2015. He explained his concerns about restrictions on the committee regarding compensation and asked that the normal compensation process be used. He addressed the remaining concerns of the committee.

Mr. Coles explained his concerns regarding the Paca claims.

Ms. Simon stated her concerns regarding 17c and 17d of the order.

# Minute Entry

(continue)...   2:15-BK-09178-PS           WEDNESDAY, AUGUST 19, 2015 09:00 AM

Mr. Lucas responded, stating that he will review the language with the parties before submitting the order.

Mr. Kroop discussed the issue of the credit bid, stating that the sale timetable is critical.  He discussed Cornbread Ventures ability to credit bid.

Mr. Lucas reviewed the KarpReilly debt.  He stated that KarpReilly will not agree to push this out 90 days. Mr. Lucas stated that the debtor wants to resolve everything.

Mr. Micheletti, principal of the debtor, explained the impact on this debtor of school being back in session.

Mr. Spector suggested that the Court denying the motion and allow the parties time to reach a resolution. He stated that the committee wants to know more about KarpReilly.  Mr. Spector also addressed the interest rate issue.

Mr. Lucas replied.

The Court explained it's concerns.

Lunch recess.

Mr. Lucas asked that we take matters out of order due to the availability of Mr. Hersch.

ITEM #6

**ROBERT HERSCH** was sworn and examined by Mr. Spector.  The Court questioned the witness.  Mr. Lucas cross examined the witness and Mr. Spector redirected.

ITEM #1

Mr. Lucas informed the Court that he met with committee's counsel and they were not able to reach an agreement.
He argued the debtor's position, stating that he does not be leive the committee should have access to unlimited funds.

Mr. Pattock explained the U.S. Trustee's concerns although a pleading has not been filed.

Mr. Spector responded.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:15-BK-09178-PS    WEDNESDAY, AUGUST 19, 2015 09:00 AM

COURT: IT IS ORDERED AUTHORIZING DIP FINANCING AS MODIFIED TODAY. MR. LUCAS SHALL PREPARE A FORM OF ORDER WITH INPUT FROM THE PARTIES PRESENT TODAY.

ITEM #8

Mr. Lucas urged his motion, stating that the schedules were filed August 12, 2015. He stated that this application is in the best interest of debtor.

Mr. Spector explained his concerns about prepetition transactions, stating that more information is needed.

Mr. Pattock stated that he should have filed a pleading, that he has no problem if 3% is applied for at the end of the case but objects to indemnification.

Mr. Lucas responded stating that the debtor cannot do this by itself.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO AUGUST 26, 2015 AT 10:00 A.M.

ITEM #6

Mr. Lucas reviewed the bidding procedures and provided the Court with a copy of the proposed bidding procedures.

The Court discussed the breakup fee with cousenl.

Mr. Kroop explained the liabilities that his client agreed to assume which included the unpaid payroll. He stated that the closing will occur immediately after the sale.

Mr. Lucas stated that the bidding procedures are in the best interest of the estate.

Mr. Spector stated that they are paying a lot to create a market. He stated that there must be competitive bidding so unsecured creditors can get paid something.

Mr. Pattock stated that any break up fee should be proven up.

Mr. Axelsen stated that he is in support of the motion but would like to review any changes as a result of the discussions today.

Ms. Simon agreed with Mr. Axelsen's position.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:15-BK-09178-PS        WEDNESDAY, AUGUST 19, 2015 09:00 AM

Mr. Kroop explained the justification for the break up fee.

COURT: IT IS ORDERED APPROVING THE BIDDING PROCEDURES EXCEPT FOR THE BREAK UP FEES.

Mr. Kroop explained he is concerned that he client may walk.

Mr. Lucas stated that he will circulate the order and then upload it.

COURT: IT IS ORDERED CONTINUING THE MOTION REGARDING TAXES TO AUGUST 26, 2015 AT 10:00 A.M.

THE MOTION REGARDING PREPETITION CUSTOMER PROGRAMS SHALL ALSO BE CONTINUED TO AUGUST 26, 2015 AT 10:00 A.M.

Case 2:15-bk-09178-PS    Doc 124   Filed 08/19/15   Entered 08/21/15 13:07:50   Desc
Main Document    Page 7 of 7