PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | |
| Z'Tejas Scottsdale, LLC, et al., | Case No.: 2:15-bk-09178-PS |
| Debtors. | Chapter 11 |
| Joint Administration Pending With: | Joint Administration Pending With Case Nos.: |
| Z'Tejas 6th Street, LLC<br>Z'Tejas Avery Ranch, LLC<br>Z'Tejas Bellevue, LLC<br>Z'Tejas Bethany Home LLC<br>Z'Tejas Chandler, LLC<br>Z'Tejas Costa Mesa, LLC<br>Z'Tejas GP, LLC<br>Z'Tejas Grill Gateway, L.L.C.<br>Z'Tejas Holdings, Inc.<br>Z'Tejas, Inc.<br>Z'Tejas La Cantera, LLC<br>Z'Tejas LP, LLC<br>Z'Tejas of Arboretum, LLC<br>Z'Tejas Restaurant Holdings, LP<br>Z'Tejas Salt Lake City, LLC<br>Z'Tejas Summerlin, LLC<br>Z'Tejas Tempe, LLC<br>Taco Guild Osborn LLC | 2:15-bk-09180-PS<br>2:15-bk-09184-PS<br>2:15-bk-09188-PS<br>2:15-bk-09193-PS<br>2:15-bk-09194-PS<br>2:15-bk-09195-PS<br>2:15-bk-09198-PS<br>2:15-bk-09200-PS<br>2:15-bk-09201-PS<br>2:15-bk-09203-PS<br>2:15-bk-09205-PS<br>2:15-bk-09207-PS<br>2:15-bk-09208-PS<br>2:15-bk-09210-PS<br>2:15-bk-09212-PS<br>2:15-bk-09213-PS<br>2:15-bk-09214-PS<br>2:15-bk-09215-PS |
| This Pleading applies to:<br>☑ All Debtors | **NOTICE OF (A) PROPOSED ASSUMPTION, ASSIGNMENT AND SALE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) PACA INTERESTS** |

**You are receiving this *Notice of Proposed Assumption, Assignment and Sale of Executory Contracts and Unexpired Leases* (the "Notice of Assumption, Assignment and Sale") because you may be a counterparty to a contract or lease with Z'Tejas, Inc. or one or more of its affiliated debtors. Please read this notice carefully as your rights may be affected by the transactions described herein.**

**PLEASE TAKE NOTICE** that on August 24, 2015, the United States Bankruptcy Court for the District of Arizona (the "**Bankruptcy Court**") entered an order [Docket No. 130] (the "**Bid Procedures Order**") approving the *Motion of Debtors Requesting (A) the Scheduling of an Auction and Sale Hearing in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approval of Bidding Procedures for Such Assets, (C) Approval of Purchase Agreement with Stalking Horse Bidder, (D) Approval of the Form and Scope of Notice of Auction and Sale Hearing, (E) Approval of Procedures for the Assumption, Assignment and Sale of Contracts and Leases to the Purchaser, and (F) Approval of Sale of the Debtors' Assets to the Purchaser* (the "**Bid Procedures/Sale Motion**"), filed by Z'Tejas Scottsdale, LLC and its affiliated debtors, as debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). The Bid Procedures/Sale Motion and Bid Procedures Order set forth certain dates, deadlines and procedures (the "**Bid Procedures**") in connection with the sale of substantially all of the Debtors' assets (the "**Sale Transaction**"). Additional information regarding the Bid Procedures and the Sale Transaction

is available on Court's website (**www.azb.uscourts.gov**) at the case number cited above or by contacting **ocarpio@pszjlaw.com**.

**PLEASE TAKE FURTHER NOTICE** that the contracts and leases listed on Exhibit 1 attached hereto (each, a "**Contract**" and collectively, the "**Contracts**") may be designated as "Purchased Contracts" under that certain *Asset Purchase Agreement* (the "**Asset Purchase Agreement**"), dated as of July 22, 2015, between the Debtors and Cornbread Ventures, LP (the "**Stalking Horse Bidder**"). If the Stalking Horse Bidder is the Winning Bidder (as such term is defined in the Bid Procedures/Sale Motion), and the Bankruptcy Court enters an order approving the Sale Transaction (a "**Sale Order**"), then all Contracts that are listed as Purchased Contracts at the Closing of the Asset Purchase Agreement will be assumed by the Debtors and assigned and sold to the Stalking Horse Bidder, and any Contract designated as a Designation Right Asset at the Closing of the Asset Purchase Agreement may be assumed by the Debtors and assigned and sold to the designated person or entity, if it makes a written election to accept an assignment of such Contract within the time frame provided in the Asset Purchase Agreement. The amount necessary, if any, to cure any and all defaults under each Contract and compensate the counterparty thereto for any and all pecuniary loss in respect of such default(s) under Bankruptcy Code section 365(b), if any, as a condition to assumption, assignment and sale of each Contract (the "**Cure Costs**") is set forth on Exhibit 1 hereto.[1] Evidence of the Stalking Horse Bidder's ability to provide adequate assurance of performance under the Contracts listed will be sent to the counterparties by counsel.

**PLEASE TAKE FURTHER NOTICE** that if the Stalking Horse Bidder is not the Winning Bidder and the Bankruptcy Court enters a Sale Order approving the Sale of the Purchased Assets to an alternative Winning Bidder, then (i) the Contracts listed on **Exhibit 1** hereto may be designated as Purchased Contracts under the asset purchase agreement proposed by such other Winning Bidder (a "**Modified Agreement**") and assumed, assigned and sold to such other Winning Bidder upon the closing of such agreement, or as a Designation Right Asset, which may be assumed by the Debtors and assigned and sold to such other Winning Bidder, if the other Winning Bidder or its designee makes a written election to have such Contract assigned within the time frame provided in the Modified Agreement. If the Stalking Horse Bidder is not the Winning Bidder, then within one (1) day after the auction determining the Winning Bidder, the Debtors will send a supplemental notice to each known counterparty to the Contracts identifying the Winning Bidder and providing information regarding the Winning Bidder's adequate assurance of future performance under the Contracts to the extent not previously provided. Such notice will also be filed with the Court and published on the Website.

**PLEASE TAKE FURTHER NOTICE** that the Debtors may, prior to the closing of the Asset Purchase Agreement (or Modified Agreement), amend this Notice of Assumption, Assignment and Sale and give notice of the supplement or modification by the Winning Bidder of the list of Purchased Contracts under the Asset Purchase Agreement (or Modified Agreement), including a modification by which a Purchased Contract may be determined to be a Designation Rights Asset. If you are affected by any such amendment, supplement or modification, you will receive prompt notice thereof. Following the closing of the transactions contemplated by the Asset Purchase Agreement (or Modified Agreement), the Debtors may remove a Contract from the list of Purchased Contracts under the Asset Purchase Agreement (or Modified Agreement) if the Court determines after such closing that the Cure Amount for such Contract is in excess of the amount set forth on **Exhibit 1** hereto and based on that the Winning Bidder determines to remove such Contract from its list of Purchased Contracts.

**PLEASE TAKE FURTHER NOTICE** that any objections to the assumption, assignment and sale of any Contract identified in this notice, including to the Cure Amount set forth in **Exhibit 1** to this notice, must be in writing, filed with the Bankruptcy Court, and be **actually received** by the Objection Notice Parties (as defined below) no later than **September 15, 2015 at**

---

[1] The Cure Costs noted on Exhibit 1 is the amount owed as of August 24, 2015. To the extent such amount is reduced by payments made after such date, the Cure Costs will be reduced by the amount of such payments.

**5:00 p.m. (Prevailing Arizona Time)** (the "**Assignment and Cure Objection Deadline**"); provided, however, that to the extent the Winning Bidder is a bidder other than the Stalking Horse Bidder, any supplemental or further objections to the sale to the Winning Bidder by a counterparty to a Contract based solely on the ability of the Winning Bidder and/or Backup Bidder (as such term is defined in the Bid Procedures/Sale Motion) to provide adequate assurance of future performance shall be filed and served so as to be **actually received** by the Objection Notice Parties no later than **September 21, 2015 at 12:00 p.m. (Prevailing Arizona Time)** (the "**Supplemental Assignment and Cure Objection Deadline**"). Any such objections must set forth the specific defaults under the Contract and claim a specific monetary amount that differs from the Cure Amount, if any, specified by the Debtors. Other than the Cure Amounts listed on **Exhibit 1**, the Debtors are not aware of any amounts due and owing in respect of the Contracts listed therein or any other amounts that must be paid as a condition to assumption, assignment and sale of the Contracts pursuant to the Bankruptcy Code. If any party believes that any such additional amounts are owed in respect of any Contract included on **Exhibit 1**, such party must assert such claim in accordance with the procedures set forth above no later than the Assignment and Cure Objection Deadline or be forever barred from asserting such claim. The Debtors or any other party in interest may file a reply to any objection by no later than **September 22, 2015 at 5:00 p.m. (Prevailing Arizona Time)**, provided that any reply to an objection with respect to an alternative Winning Bidder's adequate assurance of future performance may be presented orally to the Court at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE that each non-debtor party to a Contract that does not timely file an objection by the Assignment and Cure Objection Deadline or the Supplemental Assignment and Cure Objection Deadline (as applicable) shall be forever barred from objecting to assumption, assignment and sale of the Contract or to the Cure Costs set forth in Exhibit 1, including, without limitation, the right to assert any additional cure or other amounts with respect to the Contract arising or relating to any period prior to such assumption, assignment and sale. The Debtors are not aware of any defaults under any Contract, other than defaults that will be cured and compensated by payment of the Cure Costs, if any, set forth on Exhibit 1 hereto. If any non-debtor party fails to raise a timely objection, such non-debtor party shall be barred from raising such defaults against any person or entity and shall be deemed to have waived such default for all purposes.**

**PLEASE TAKE FURTHER NOTICE** that the Objection Notice Parties are (a) counsel for the Debtors, Pachulski, Stang, Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: John W. Lucas; (b) counsel to the Committee, Schneider & Onofry, P.C., 3101 N. Central Ave, Ste. 600, Phoenix, AZ 85012; (c) Mastodon Ventures, Inc., 515 Congress Avenue, Suite 1400, Austin, TX 78701, Attn: Robert S. Hersch; and (d) the U.S. Trustee, 230 N. 1st Avenue, Suite 204, Phoenix, AZ 85003.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received by the above deadlines, the assumption, assignment and sale of the Contracts set forth on **Exhibit 1** shall be authorized pursuant to the terms of the Sale Transaction and the Sale Order and the Cure Amounts set forth in **Exhibit 1** shall be binding upon the non-debtor party to the Contract for all purposes and will constitute a final determination of total cure amounts required to be paid by the Debtors in connection with the assumption, assignment and sale of the Contract.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to add or remove contracts and leases to **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is received and such objection cannot otherwise be resolved by the parties, the Bankruptcy Court may hear such objection at the Sale Hearing or at a later date set by the Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Assumption, Assignment and Sale is subject to the fuller terms and conditions of the Bid Procedures/Sale Motion and the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties with questions regarding the proposed assumption, assignment and sale procedures contained herein should contact the Debtors' counsel, contact information for which is reflected above and on the Website.

Dated: August 24, 2015        PACHULSKI STANG ZIEHL & JONES LLP

By:        */s/ John W. Lucas*
           John W. Lucas
           Jason H. Rosell
           150 California Street, 15th Floor
           San Francisco, CA 94111
           Telephone: (415) 263-7000
           Facsimile: (415) 263-7010
           E-mail:  jlucas@pszjlaw.com
                    jrosell@pszjlaw.com

           -and-

           Randy Nussbaum
           Dean Dinner
           Nussbaum Gillis & Dinner, P.C.
           14850 N. Scottsdale Road, Suite 450
           Scottsdale, AZ 85254
           Telephone: (480) 609-0011
           Facsimile: (480) 609-0016
           Email:   rnussbaum@ngdlaw.com
                    ddinner@ngdlaw.com

           Counsel for Debtors and Debtors in Possession

**EXHIBIT 1**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| DEBTOR | VENDOR CONTRACTS AND ADDRESS | DESCRIPTION | CURE COST | DESIGNATED |
|---|---|---|---:|---|
| Z Tejas Inc | Opentable<br>1 Montgomery Street, Suite 700<br>San Francisco, CA 94104 | Client Agreement | 5,957.97 | |
| Z Tejas Inc | Canon Financial<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Software Licenses & Services Agreement | 3,575.54 | |
| Z Tejas Inc | Ecolab Institutional<br>Po Box 70343<br>Chicago, IL 60673 | Master Distribution Agreement | 7,237.74 | |
| Z Tejas Inc | Fresh Concepts<br>25109 Jefferson Ave , # 305<br>Murrieta, CA 92562 | Produce Purchasing Agreement | 0.00 | |
| Z Tejas Inc | Garda<br>3209 Momentum Place<br>Lockbox #233209<br>Chicago, IL 60689 | Armoured Car Services Agreement | 4,224.46 | |
| Z Tejas Inc | Andy Sundell & Associates<br>5535 E Thunder Hawk Road<br>Cave Creek, AZ 85331 | Client Agreement | 0.00 | |
| Z Tejas Inc | Muzak/Mood<br>1703 W 5th Street, Suite 600<br>Austin, TX 78703 | Services And License Agreement | 1,165.78 | |
| Z Tejas Inc | Mtower IT Solutions<br>10235 S 51ST ST STE 165<br>PHOENIX, AZ 85044 | Client Agreement | 4,340.83 | |
| Z Tejas 6th St | Austin Valet<br>2509 Glen Springs Way<br>Austin, TX 78741 | Valet Services Contract | 4,022.12 | |
| Z Tejas Inc | American Valet<br>8902 N Central<br>Phoenix, AZ 85020 | Valet Services Contract | 8,700.00 | |
| Z'Tejas Arboretum | Brothers Valet LLC<br>11505 Oak Knoll Dr.<br>Austin, TX 78759 | Valet Services Contract | 33,636.00 | |
| Taco Guild Osborn | Humm<br>7000 N Mo Pac Expressway, Suite 190<br>Austin, TX 78731 | Product And Services Agreement | 0.00 | |

| DEBTOR | VENDOR CONTRACTS AND ADDRESS | DESCRIPTION | CURE COST | DESIGNATED |
|---|---|---|---|---|
| Z Tejas Inc | Wells Fargo Merchant Services<br>Attn: Corporate Trust Services<br>MAC C7301-024<br>1740 Broadway<br>Denver, CO 80274 | Merchant Services Agreement | 0.00 | |
| Z Tejas Inc | Corvirtus<br>1011 N Weber Street<br>Colorado Springs, CO 80903 | Services And License Agreement | 2,354.81 | |
| Z Tejas 6th St | Dyezz<br>2113 Wells Branch Pkwy, Suite 6700<br>Austin, TX 78728 | Security System #101 6th Street | 650.58 | |
| Z Tejas Inc | Inmoment<br>310 East 4500 South, Ste. 450<br>Salt Lake City, UT 84107 | Guest Survey/Feedback | 595.00 | |
| Z Tejas Inc | Andysundell & Associates<br>5535 E Thunder Hawk Road<br>Cave Creek, AZ 85331 | Purchasing Consultant | 0.00 | |
| Z Tejas Inc | James Agency<br>8100 E Indian School Rd, Suite 201<br>Scottsdale, Az 85251 | PR Firm - Marketing | 0.00 | |
| Z Tejas Inc | XO Communications<br>File 50550<br>Los Angeles, CA 90074 | Internet/VOIP All Restaurants | 120.11 | |
| Z Tejas Inc | Directv<br>PO Box 60036<br>Los Angeles, CA 90060 | All Locations Except #102 Scottsdale | 3,126.76 | |
| Z Tejas Inc | Cox Communications<br>PO BOX 53249<br>Phoenix, AZ 85072 | Cable TV #102 Scottsdale/Corporate Internet | 684.26 | |

| DEBTOR | STORE # | LEASES AGREEMENTS AND EFFECTIVE DATE | LANDLORD AND ADDRESS | CURE COSTS | DESIGNATED |
|---|---|---|---|---|---|
| Z Tejas 6th St | 101 | 6th Street, 1110 W. 6th Street (main building) Lease Agreement - December 2, 1993 | 1110 W 6th Street Property c/o Guy & Larry Restaurants 14850 N Scottsdale Rd., Ste 265 Scottsdale, AZ 85254 | 29,359.79 | YES |
| Z Tejas 6th St | 101 | 6th Street, 1110 W. 6th Street (annex) Ogden Restaurant Lease - July 5, 1995 | Robert L & Mary D. Ogden, L.P. 2302 W. 10th Street Austin, TX 78703 | 0.00 | YES |
| Z Tejas 6th St | 101 | 6th Street, 1110 W. 6th Street (parking lot) | Murphy Family Trust 3501 Dime Circle, Suite 101 Austin, TX 78744 | 1,105.00 | YES |
| Z'Tejas Scottsdale | 102 | Scottsdale, 7014 E. Camelback Road Lease Agreement - 2009 | Scottsdale Fashion Square LLC Po Box 31001-2156 Pasadena, CA 91110 | 0.00 | YES |
| Z'Tejas Arboretum | 104 | Arboretum, 9400 A. Arboretum Blvd. Lease Agreement - November 10, 1994 | Gf Daycare Ltd. c/o Live Oak Gottesman 4330 Gaines Ranch Rd., Ste 100 Austin, TX 78735 | 0.00 | YES |
| Z'Tejas Gateway | 105 | Gateway, 10625 N. Tatum Blvd. Fundamental Lease Provisions - December 19, 2004 | Shea and Tatum Associates Dept 105748 20309 8764 PO Box 73001 Cleveland, OH 44193 | 43,319.06 | YES |
| Z'Tejas Tempe | 108 | Tempe, 20 W. 6th Street Centerpoint Retail Lease - April 30, 1999 | Hamilton Chase-Tempe LLC 828 Ballard Canyon Rd. Solvang, CA 93463 | 1,080.19 | YES |
| Z'Tejas Avery Ranch | 120 | Avery Ranch, 10525 W. Parmer Lane Lease Agreement - February 5, 2008 | ARC CAFEUSA001 LLC ID 082230 - Dept 880044 2338 W Royal Palm Rd, Ste. J Phoenix, AZ 85021 | 20,634.10 | YES |
| Z'Tejas Bethany Home | 122 | Bethany Home, 1525 E. Bethany Home Rd #6 | 16 Bethany Station, LLC 2021 East Camelback Rd., Ste. A38 | 0.00 | YES |

| DEBTOR | STORE # | LEASES AGREEMENTS AND EFFECTIVE DATE | LANDLORD AND ADDRESS | CURE COSTS | DESIGNATED |
|---|---|---|---|---|---|
| | | Lease Agreement - September 26, 2011 | Phoenix, AZ 85016 | | |
| Taco Guild Osborn | 301 | Taco Guild Osborn, 546 E Osborn Road<br>Lease Agreement - April 10, 2013 | Old School Properties LLC<br>9340 W Pico Blvd., Ste. 2<br>Los Angeles, CA 90035 | 0.00 | YES |
| Z'Tejas Chandler | 109 | Chandler, 7221 West Ray Road<br>Lease Agreement - December 28, 1999 | Pavillion Holdings<br>3131 E. Camelback Road, Ste 310<br>Phoenix, AZ 85016 | 0.00 | YES |
| Z Tejas Inc | Corporate | Corporate Office, 6909 E. Greenway Parkway, Suite 195<br>Office Building Lease - July 2, 2012 | Hilltop-Scottsdale LLC<br>c/o Furst Properties<br>14648 N Scottsdale, Ste. 140<br>Scottsdale, AZ 85254 | 14,463.97 | YES |

| PACA Counterparty | PACA Interest |
|---|---:|
| Worldwide Produce<br>1661 McGarry Street<br>Los Angeles, CA 90021 | 17,069.87 |
| U.S. Foods<br>9399 W. Higgins Road, Ste. 600<br>Rosemont, IL 60018 | 13,416.37 |
| Brothers Produce Of Austin<br>PO Box 6008<br>Austin, TX 78762 | 46,167.09 |
| Grand Avenue Produce<br>8990 West Windsor Drive<br>Peoria, AZ 85381 | 64,091.00 |