# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Z'TEJAS SCOTTSDALE, LLC | | |
| **Case Number:** | 2:15-BK-09178-PS | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 25, 2015 09:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | CHRISTINA JOHNSON | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

## *Matter:*

HEARING IN RE:  AUCTION SALE OF ASSETS

**R / M #:**   13 / 0

## *Appearances:*

JOHN WILLIAM LUCAS, ATTORNEY FOR Z'TEJAS SCOTTSDALE, LLC
BRIAN N. SPECTOR, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JORDAN A KROOP AND BRADLEY COSMAN, ATTORNEYS FOR CORNBREAD, INC.
THOMAS AXELSEN AND BRYAN ALBUE, ATTORNEYS FOR PAVILION HOLDINGS, LLC
DEAN M. DINNER, ATTORNEY/CO-COUNSEL FOR Z'TEJAS SCOTTSDALE, LLC
JUSTIN HENDERSON, ATTORNEY FOR 1110 W. 6TH STREET PROPERTY, LTD.
BRYCE SUZUKI, ATTORNEY FOR US FOODS, INC.
LORI LEWIS, ATTORNEY FOR MARICOPA COUNTY TREASURER'S OFFICE
CHRISTOPHER J PATTOCK, ATTORNEY FOR U.S. TRUSTEE
RICHARD C. COLE (T), ATTORNEY FOR GRAND AVENUE PRODUCE
JESSICA SIMON (T), ATTORNEY FOR THE MACERICH COMPANY
GILBERT SAYEDA, ATTORNEY FOR TATUM AND SHEA, AFFILIATE FOR DDR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:15-BK-09178-PS          FRIDAY, SEPTEMBER 25, 2015 09:00 AM

## *Proceedings:*

Mr. Lucas reviewed the motion and he stated nearly all objections have been resolved. He reviewed the Committee's objection and he requested a recess to allow the parties to confer and resolve the issues on a global basis.

Mr. Spector agreed with Mr. Lucas.

The court noted the pending dispute between the Chandler landlord and the debtor regarding fees.

Mr. Lucas responded as to the landlord's claim.

Mr. Spector and Mr. Cole responded.

Mr. Lucas stated he has worked with Worldwide and Grand regarding language for the PACA interest holders, which also applies to Brothers and US Foods, to ensure to have provisions in the revised APA and the revised proposed sale order that requires the debtors to segregate funds in escrow. He stated the funds will be held pending disposition of the court's consideration of the motion that was filed two days ago, which is scheduled for hearing in October. He stated the order will be circulated among the parties prior to it being uploaded.

Mr. Cole stated no objection.

Ms. Lewis stated her position as to the property taxes. She stated the debtor has represented that they will pay the entire portion when it becomes due on November 1st.

Mr. Lucas agreed with Ms. Lewis.

Mr. Suzuki confirmed the issue regarding PACA protections satisfy the concerns of US Foods.

Mr. Lucas discussed the objection filed by DDR, to which Mr. Kroop responded.

A recess is afforded. The court is back on the record.

Mr. Lucas stated the parties have a structure to present to the court that resolves all of the issues. He stated the terms of the agreement for the record. He answered the court's questions.

Mr. Spector clarified his position. He further stated the terms of the agreement for the record. He stated the objection to the sale will be withdrawn as long as the avoidance actions and all other claims remain with the estate. Mr. Spector noted the complaint against KRI will be dismissed.

Mr. Lucas stated his position as to the application for retention of Mastodon. He stated his intent to prepare and upload an order as to the financial advisory. He further requested to submit a proposed order for the retention on the investment banker's side, then do a separate fee application.

COURT: MR. LUCAS MAY SUBMIT THE ORDERS AS REQUESTED.

Mr. Axelsen stated the objections by Pavilion Holdings have been worked out. He stated the agreement for the record, noting the Attorney's Fees have been resolved. Mr. Axelsen stated that if an agreement can be reached between the parties as to the reasonableness of the fees, then the fees will be paid immediately and not require further hearing or order of this court. He urged the stipulation and procedure be approved.

The court stated it would need a copy of the statement before it can make its decision.

Mr. Spector responded and reserve his rights to weigh in on the attorney's fees.

The court noted that if the parties don't have an agreement, then Mr. Axelsen will file the fee application by October 23rd,

responses will be due November 6th, with replies due by November 20th.

COURT: IT IS ORDERED SETTING A HEARING ON THE QUESTION OF CURE AMOUNTS FOR THE PAVILION HOLDINGS LEASE, LIMITED TO THE ATTORNEY'S FEE ISSUE, FOR DECEMBER 1, 2015 AT 1:30 PM. THE HEARING MAY BE VACATED IF THE COURT APPROVES THE PARTIES' LODGED STIPULATION.

Mr. Spector further stated the restaurant building situated on his client's land is being sold subject to the lease. He further noted the motion is strictly a 365 issue. Mr. Spector confirmed his objection to the sale is resolved.

Mr. Lucas agreed.

Mr. Axelsen confirmed his objection to the sale is resolved.

Mr. Lucas requested a lunch break. He stated the parties are working out the documentation on the assumption of assignment and the adequate assurance issues.

The court discussed with the parties the findings it will need to make to approve the motion.

A lunch recess is afforded. The court is back on the record.

Mr. Sayeda stated his appearance.

Mr. Lucas stated his position as to the Tatum and Shea lease and landlord DDR, noting the cure claim has been increased, which will be reflected in an attachment to the sale order. He stated the buyer and landlord's counsel confirmed that they have a business deal.

Mr. Kroop stated his client and Mr. Sayeda's client have reached a business arrangement with provisions of adequate assurance, which resolves Mr. Sayeda's objection.

Mr. Sayeda confirmed DDR no longer has an objection to the sale provided the order reflects the statements made on the record today.

Mr. Lucas stated he will submit the proposed orders and file the fee applications. He stated his proffer of proof in support of the sale, noting Mr. Robert Hersch is present to provide testimony. Mr. Lucas stated Mr. Hersch has confirmed that KRI has agreed to the terms of the deal that is subject to the court's approval.

Mr. Spector stated his position. He requested an additional proffer that the settlement reached today is with KRI's approval. Mr. Spector stated he is comfortable with the proffer that KRI has a lien that encumbers all of the assets of each of the debtors. He discussed the allocations issue.

The court accepted the proffer as stated.

Mr. Lucas responded as to the allocation discussed by Mr. Spector.

The court stated its concern as to the remaining funds and unsecured creditors to which Mr. Lucas responded.

Mr. Lucas urged approval of the sale, subject to the court's review of the final form and executed form of the APA, and the sale order.

Mr. Spector summarized the parties agreement as to the remaining funds and creditors' claims.

Mr. Pattock had nothing to add.

Page 3 of 4

Case 2:15-bk-09178-PS    Doc 174    Filed 09/25/15    Entered 09/28/15 09:44:47    Desc
Main Document    Page 3 of 4    09/28/2015    9:44:39AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:15-BK-09178-PS    FRIDAY, SEPTEMBER 25, 2015 09:00 AM

The court called for higher and better bids. The court noted the only asset being sold as to Z'Tejas Costa Mesa is the liquor license.

COURT: FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD. IT IS ORDERED APPROVING THE SALE OF THE DEBTOR'S ASSETS. THE COURT IS ALSO APPROVING THE SALE OF ASSUMPTION AND ASSIGNMENT OF THE LEASES. MR. LUCAS MAY UPLOAD A FORM OF ORDER. MR. LUCAS MAY EMAIL A BLACKLINE COPY OF THE PROPOSED ORDER AND THE APA TO THE LAW CLERK, AND ANY OTHER PARTY REQUESTING A COPY.

ANYONE NEEDING A WRITTEN TRANSCRIPT OF THE HEARING MAY CONTACT THE COURT RECORDER; 602-682-4200.

Page 4 of 4

Case 2:15-bk-09178-PS    Doc 174    Filed 09/25/15    Entered 09/28/15 09:44:47    Desc
Main Document    Page 4 of 4    09/28/2015  9:44:39AM